EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Gerardo A. De Jesús Annoni | 2017 TSPR 18<br><br>197 DPR ____ |
| --- | --- |

Número del Caso: TS-9,535

Fecha: 7 de febrero de 2017

Abogados de la promovida:

      Por derecho propio

Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila De Jesús

Materia: Conducta Profesional – Suspensión de la notaría será efectiva el 13 de febrero, fecha en que se la notificó al abogado de su suspensión inmediata de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Gerardo A. De Jesús Annoni                TS-9,535

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de febrero de 2017.

El 1 de marzo de 2016, la Oficina de Inspección de Notarías (ODIN) presentó un *Informe Especial* en el que indicó que el Lcdo. Gerardo De Jesús Annoni adeudaba 84 índices de actividad notarial mensual desde abril de 2008 hasta marzo de 2015, así como los informes estadísticos de Actividad Notarial Anual para los años naturales 2008 al 2014. De igual forma, la ODIN nos informó que el licenciado De Jesús Annoni se encontraba desprovisto de una fianza notarial. A su vez, la ODIN enfatizó que hizo múltiples requerimientos para que el licenciado De Jesús Annoni cumpliera con lo mencionado, mas no tuvo éxito en sus intentos.

El 21 de marzo de 2016 emitimos una Resolución en la que concedimos un término de 10 días al licenciado De Jesús Annoni para que: (1) mostrara causa por la cual no debía ser suspendido de forma inmediata e indefinida del ejercicio de la notaría, y (2) mostrara causa por la que no se debía imponer una sanción económica de $500 al amparo del Art. 62 de la Ley Notarial de Puerto Rico, 4 LPRA sec. 2102. También le apercibimos que su incumplimiento con lo ordenado podía conllevar la imposición de sanciones disciplinarias adicionales, tales como la suspensión

de la práctica de la abogacía. Vencido el término concedido, la ODIN presentó una *Moción notificando incumplimiento de orden* el 13 de abril de 2016. Más adelante, el 6 de junio de 2016 el licenciado De Jesús Annoni nos solicitó una prórroga de 20 días para presentar su escrito y los informes requeridos. El 20 de junio de 2016, emitimos una Resolución en la que concedimos la prórroga solicitada.

Nuevamente, la ODIN presentó una *Moción reiterando incumplimiento de orden* el 27 de julio de 2016 y el 13 de diciembre de 2016 el licenciado De Jesús Annoni nos solicitó un "breve término final" de 7 días para exponer su posición y presentar los índices notariales. Añadió que "[p]asado el término solicitado el compareciente se allana a que el asunto de epígrafe se tenga por sometido ante el Tribunal".

Más adelante, el 16 de diciembre de 2016 concedimos un término final e improrrogable de 7 días para que cumpliera con lo ordenado por la ODIN y expusiera su posición sobre el asunto. En esa ocasión también le apercibimos que el incumplimiento con lo requerido conllevaría sanciones disciplinarias severas. Nuevamente se venció el término concedido, por lo que la ODIN presentó una *Moción notificando nuevo incumplimiento de orden* el 10 de enero de 2017. En contestación, el licenciado De Jesús Annoni presentó una *Moción informativa urgente y sometiendo posición* el 20 de enero de 2017. En ésta manifestó que presentó los índices notariales pendientes y nos solicitó un término de 20 días para "cerrar voluntariamente" su práctica de la notaría. Añadió que "si en el sano ejercicio de su discreción el Tribunal determina que lo que corresponde es revocar mediante Orden su autorización al compareciente a practicar el notariado, con la posible inclusión de una sanción monetaria proporcional a la falta, el suscribiente habrá de acatarla".

En este caso, el licenciado De Jesús Annoni solo presentó los índices de actividad notarial mensual que adeudaba a la ODIN, mas no así los informes de Actividad Notarial Anual correspondientes a los años 2008 al 2014, según le fueron requeridos. De igual forma, el licenciado De Jesús Annoni se encuentra desprovisto de una fianza notarial.

Ante el incumplimiento **reiterado e injustificado** del licenciado De Jesús Annoni con las órdenes de este Foro, se le suspende inmediata e indefinidamente del ejercicio de la notaría y se ordena al Alguacil de este Tribunal incautar inmediatamente el sello notarial y la obra notarial bajo la custodia del licenciado De Jesús Annoni y entregar los

mismos al Lcdo. Manuel E. Ávila De Jesús, Director de la ODIN, para la correspondiente investigación e informe.

De igual forma, se le ordena al licenciado De Jesús Annoni que dentro del término de veinte (20) días, contados a partir de la notificación de esta Resolución, que presente ante la ODIN los informes de Actividad Notarial Anual según le fueron requeridos. Asimismo, se le impone una sanción de $500.00, a tenor con el Art. 62 de la Ley Notarial de Puerto Rico, *supra*, a ser pagados en sellos de rentas internas en la Secretaría de este Tribunal dentro del término de treinta (30) días, contados a partir de la notificación de esta Resolución. Le advertimos que el incumplimiento con esta orden puede acarrear la imposición de sanciones disciplinarias severas, incluyendo la suspensión inmediata e indefinida del ejercicio de la abogacía.

Notifíquese personalmente de esta Resolución a través de la Oficina del Alguacil de este Tribunal.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez, la Juez Asociada señora Rodríguez Rodríguez y los Jueces Asociados señores Estrella Martínez y Colón Pérez no intervinieron.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo